UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN LEE BONDS,

    Defendant.
_____/

Case No. 1:09:CR:185

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed December 21, 2009, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant John Lee Bonds' plea of guilty to Count One of the Superseding Indictment is accepted. Defendant John Lee Bonds is adjudicated guilty.

3. Defendant John Lee Bonds shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: January 5, 2010                                               /s/ Gordon J. Quist
                                                                       GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE